IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. L-91-0324 |
| | * | |
| BRUCE THOMAS | * | |
| | * | |
| * * * * * * * | | |

# ORDER

Pending is a paper filed by Bruce Thomas, proceeding pro se, requesting a reduction of sentence based on the retroactive application of Amendment No. 706 to the United States Sentencing Guidelines related to cocaine base ("crack") offenses. The paper shall be construed as a motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c). Upon review of the paper, it is this 20th day of May, 2008, hereby ordered by the United States District Court for the District of Maryland that:

1. The paper is CONSTRUED as a motion pursuant to 18 U.S.C. § 3582(c);

2. The Clerk shall PROVIDE a copy of this Order and the 18 U.S.C. § 3582(c) motion to the Federal Public Defender for the District of Maryland; the United States Attorney for the District of Maryland; and the United States Probation Office;

3. The Federal Public Defender for the District of Maryland is appointed to preliminarily REVIEW the motion and PROVIDE a status report within thirty days; and

4. The Clerk shall SEND a copy of this Order to the defendant.

_____/s/_____
Benson Everett Legg
Chief Judge