**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**

NORTHERN DIVISION
TOWER II, SUITE 1100
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-0872

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2008 JUN -3  P 3: 50

JAMES WYDA
FEDERAL PUBLIC DEFENDER

DENISE C. BARRETT
ASSISTANT FEDERAL PUBLIC DEFENDER

<u>Hand-delivery via Inter-office Mail</u>

June 3, 2008

Honorable Benson E. Legg
Chief United States District Judge
United States District Court
 for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

Re:  *United States v. Bruce Thomas*
     Case No.: L-91-0324

Dear Chief Judge Legg:

Pursuant to the procedures set in place for review of cases related to retroactive application of the crack amendment (Amendment No. 706), this Court entered an order appointing my Office to preliminarily review a *pro se* motion for sentence reduction filed by Mr. Thomas.

Upon review of the motion, Mr. Thomas seeks relief under amendment 709 regarding criminal history. He does not seek relief pursuant to the crack amendments. The criminal history change has not been made retroactive.

I am happy to provide the Court with whatever additional assistance it may need in this matter.

Very truly yours,

Denise Barrett /js

Denise C. Barrett
Assistant Federal Public Defender

DCB/kdw

cc:  Bruce Thomas
     Barbara S. Sale, AUSA
     Estelle Santana, USPO
     Court File