**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
NORTHERN DIVISION
TOWER II, SUITE 1100
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-0872

JAMES WYDA
FEDERAL PUBLIC DEFENDER

DENISE C. BARRETT
ASSISTANT FEDERAL PUBLIC DEFENDER

<u>Hand-delivery via Inter-office Mail</u>

July 2, 2008

**Crack Case - Status Report**

Honorable Benson E. Legg
Chief United States District Judge
United States District Court
 for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

   Re: *United States v. Bruce Thomas*
     Case No.: L-91-0324

Dear Chief Judge Legg:

  U.S. Probation has submitted a report concluding that Mr. Thomas is not eligible to seek a reduction in his sentence under the crack amendments to the sentencing guidelines.

  Upon review of his case, I have no information to rebut the conclusion of U.S. Probation. Mr. Thomas was convicted of possession of a firearm after having been convicted of a felony. His guidelines were not based on U.S.S.G. § 2D1.1.

  If I can be of additional assistance to the Court, then please let me know.

          Very truly yours,

          Denise C. Barrett
          Assistant Federal Public Defender

DCB/kdw

cc: Bruce Thomas  ID#28265-037
   Barbara S. Sale, AUSA
   Estelle Santana, USPO
   Court File